IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-C-452 |
| SCOTT JENSEN, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration all in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Scott Jensen, as follows:

| | | |
|---|---|---|
| A. | Principal | $530.32 |
| | Interest through 3/5/08 | $267.21 |
| | Interest from 3/6/08 through 11/20/08 | $ 18.20 |
| | TOTAL | $815.73 |

Together with interest thereon at the rate of 5% per annum until the date judgment is entered.

|   | | | |
|---|---|---|---|
| B. | Principal | | $3,858.55 |
|   | Interest through 3/5/2008 | | $2,964.78 |
|   | Interest from 3/6/08 through 11/20/08 | | $  192.40 |
|   | TOTAL | | $7,015.73 |

Together with interest thereon at the rate of 7% per annum until the date judgment is entered.

A civil filing fee of $350.00, plus interest on the judgment at the legal rate until satisfaction of the debt, and for all future fees, costs, and disbursements.

Dated this *8th* day of *December*, 2008.

*Peter Oppeneer*

PETER OPPENEER
Clerk of Court

Entered this *8th* day of *December*, 2008.

PETER OPPENEER
Clerk of Court.

By:

Deputy Clerk of Court

2