IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT JENSEN, ) <br> ) <br> Defendant. ) | Case No. 08-cv-452 |

**ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Scott Jensen serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before ~~July 3~~ August 14, 2009.

Dated this 16th day of July, 2009.

BY THE COURT:

_____
STEPHEN L. CROCKER
United States Magistrate Judge