IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT JENSEN<br><br>        Defendant. | Case No. 08-cv-452 |

---

ORDER

---

A hearing to show cause why defendant should not be held in contempt was held on September 23, 2009, before United States District Judge Barbara B. Crabb. Plaintiff appeared by Stephen P. Sinnott, Acting United States Attorney, by Heidi L. Luehring, Assistant United States Attorney. Defendant failed to appear.

Accordingly, IT IS ORDERED that defendant be held in contempt for failure to show cause why he should not be held in contempt. A bench warrant shall be immediately issued for defendant's appearance. Defendant is directed to immediately complete plaintiff's written interrogatories and produce requested documents.

Entered this 23d day of September, 2009.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge