IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    Case No. 08-cv-452-bbc

SCOTT JENSEN,

      Defendant,
and

SHELDON PRINT AND DESIGN,

      Garnishee Defendant.

## ORDER DISMISSING GARNISHMENT

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based on defendant not being employed by the garnishee defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

Entered this 17th day of May, 2016.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge